**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Shilo Inn, Idaho Falls, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0494815** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **780 Lindsay Blvd Idaho Falls, ID 83402** Number, Street, City, State & ZIP Code | **c/o Shilo Management Corporation 11707 NE Airport Way Portland, OR 97220** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bonneville** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.shiloinns.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Case 20-42489-BDL    Doc 1    Filed 11/02/20    Ent. 11/02/20 11:47:48    Pg. 1 of 29

Debtor    **Shilo Inn, Idaho Falls, LLC**           Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|---------|------|---------|-------------|---------|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship | _____ |
|--------|---------------------|--------------|---------|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Shilo Inn, Idaho Falls, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***    *Check all that apply:*

☐   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 20-42489-BDL    Doc 1    Filed 11/02/20    Ent. 11/02/20 11:47:48    Pg. 3 of 29

| Debtor | **Shilo Inn, Idaho Falls, LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 2, 2020**
                  MM / DD / YYYY

X   *Mark S. Hemstreet*
         Signature of authorized representative of debtor

**Mark S. Hemstreet**
Printed name

Title   **Secretary of Shilo Idaho Falls Corp., Manager**

**18. Signature of attorney**

X   * /s/ Bryan T. Glover*
    Signature of attorney for debtor

Date **November 2, 2020**
     MM / DD / YYYY

**Bryan T. Glover**
Printed name

**Stoel Rives LLP**
Firm name

**600 University Street, Suite 3600**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 624 0900**      Email address _____

**WSBA No. 51045**
Bar number and State

Case 20-42489-BDL    Doc 1    Filed 11/02/20    Ent. 11/02/20 11:47:48    Pg. 4 of 29

Debtor   **Shilo Inn, Idaho Falls, LLC**
_____   Case number (*if known*) _____
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON
_____

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Shilo Inn, Nampa Suites, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington** | When | **10/15/20** | Case number, if known | **20-42349** |
| Debtor | **Shilo Inn, Ocean Shores, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington** | When | **10/15/20** | Case number, if known | **20-42348** |

Case 20-42489-BDL    Doc 1    Filed 11/02/20    Ent. 11/02/20 11:47:48    Pg. 5 of 29

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Shilo Inn, Idaho Falls, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bob Tiernan PO Box 366 Diablo, CA 94528 | 503-697-7266 | | | | | $200.00 |
| Booking.com B.V. BANK OF AMERICA LOCKBOX SERVICES PO BOX 740401 LOS ANGELES, CA 90074-0401 | 616-254-3517 | | | | | $19,162.03 |
| Cartridge World Gresham 10115 SW NIMBUS AVE ST 600 TIGARD, OR 97223 | | | | | | $99.95 |
| CenturyLink PO BOX 2956 PHOENIX, AZ 85062-2956 | | | | | | $3,883.89 |
| City of Idaho Falls (Electricity/Garbage) 308 Constitution Way IDAHO FALLS, ID 83402 | | | | | | $3,380.00 |
| City of Idaho Falls (Water/Sewer) 308 Constitution Way IDAHO FALLS, ID 83402 | | | | | | $1,200.00 |
| Clear Channel Outdoor PO BOX 847247 DALLAS, TX 75284-7247 | 877-422-8326 | | | | | $3,906.83 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Shilo Inn, Idaho Falls, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cogency Global 10 EAST 40TH ST 10TH FL NEW YORK, NY 10016 | | | | | | $119.00 |
| Culligan Water Conditioning 433 MAY ST IDAHO FALLS, ID 83401-2619 | 208-522-2500 | | | | | $139.56 |
| Diversified Containers LLC 2184 CHANNINO WAY BOX 241 IDAHO FALLS, ID 83404 | | | | | | $132.50 |
| Ecolab PO BOX 100512 PASADENA, CA 91189-0512 | 800-352-5326 | | | | | $270.34 |
| En Pointe Technologies Sales PO BOX 740545 LOS ANGELES, CA 90074-0545 | 310-337-5200 | | | | | $225.82 |
| Expedia Inc PO BOX 844120 DALLAS, TX 75284-4120 | 888-397-1786 | | | | | $6,604.91 |
| Fire Protection Services 9950 SW ARCTIC DRIVE BEAVERTON, OR 97005 | 503-590-3732 | | | | | $260.10 |
| Harbor Linen PO Box 3510 Cherry Hill, NJ 08304 | 856-435-2000 | | | | | $632.76 |
| Liberty Mutual Insurance PO BOX 85307 SAN DIEGO, CA 92186-5307 | 503-239-5800 | | | | | $2,148.00 |
| Positive Technologies 4329 NE KILLINGSWORTH STE A PORTLAND, OR 97218 | 503-284-6565 | | | | | $471.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　Best Case Bankruptcy

Case 20-42489-BDL　　Doc 1　　Filed 11/02/20　　Ent. 11/02/20 11:47:48　　Pg. 7 of 29

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

| Debtor | **Shilo Inn, Idaho Falls, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sceptre Hospitality Resources PO BOX 4356 DEPT 1936 HOUSTON, TX 77210-4356** | **713-333-9944** | | | | | **$867.19** |
| **Skytouch International 4225 E WINDROSE DRIVE PHOENIX, AZ 85032** | **855-832-3167** | | | | | **$3,805.25** |
| **World Cinema Inc PO BOX 733288 DALLAS, TX 75373-3288** | **713-266-2686** | | | | | **$9,496.55** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

# United States Bankruptcy Court
## Western District of Washington

In re    **Shilo Inn, Idaho Falls, LLC**                          Case No.                    
                                            Debtor(s)           Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Mark S. Hemstreet**<br>**Shilo Management Corporation**<br>**11707 NE Airport Way**<br>**Portland, OR 97220** | **Member** | **99%** | |
| **Shilo Idaho Falls Corp.**<br>**11707 NE Airport Way**<br>**Portland, OR 97220** | **Member** | **1%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Secretary of Shilo Idaho Falls Corp., Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November  2, 2020**                                Signature    *Mark S. Hemstreet*
                                                                  **Mark S. Hemstreet**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

# United States Bankruptcy Court
### Western District of Washington

In re    **Shilo Inn, Idaho Falls, LLC**                  Case No.

                                                  Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of Shilo Idaho Falls Corp., Manager of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge.

Date:    **November 2, 2020**

DocuSigned by:

*Mark S. Hemstreet*

2220BC13CC3A4B2...

**Mark S. Hemstreet/Secretary of Shilo Idaho Falls Corp., Manager**
Signer/Title

```
BOB TIERNAN
PO BOX 366
DIABLO, CA 94528


BOOKING.COM B.V.
BANK OF AMERICA LOCKBOX SERVICES
PO BOX 740401
LOS ANGELES, CA 90074-0401


CARTRIDGE WORLD GRESHAM
10115 SW NIMBUS AVE ST 600
TIGARD, OR 97223


CENTURYLINK
PO BOX 2956
PHOENIX, AZ 85062-2956


CITY OF IDAHO FALLS (ELECTRICITY/GARBAGE
308 CONSTITUTION WAY
IDAHO FALLS, ID 83402


CITY OF IDAHO FALLS (WATER/SEWER)
308 CONSTITUTION WAY
IDAHO FALLS, ID 83402


CLEAR CHANNEL OUTDOOR
PO BOX 847247
DALLAS, TX 75284-7247


COGENCY GLOBAL
10 EAST 40TH ST 10TH FL
NEW YORK, NY 10016


CULLIGAN WATER CONDITIONING
433 MAY ST
IDAHO FALLS, ID 83401-2619


DEUTSCHE BANK TRUST CO. AMERIC
HOLDERS OF CITIGROUP CM TRUST
C/O RIALTO CAPITAL ADVISORS
200 S. BISCAYNE BL, STE
MIAMI, FL 33131
```

DIVERSIFIED CONTAINERS LLC
2184 CHANNINO WAY BOX 241
IDAHO FALLS, ID 83404


ECOLAB
PO BOX 100512
PASADENA, CA 91189-0512


EN POINTE TECHNOLOGIES SALES
PO BOX 740545
LOS ANGELES, CA 90074-0545


EXPEDIA INC
PO BOX 844120
DALLAS, TX 75284-4120


FIRE PROTECTION SERVICES
9950 SW ARCTIC DRIVE
BEAVERTON, OR 97005


HARBOR LINEN
PO BOX 3510
CHERRY HILL, NJ 08304


LIBERTY MUTUAL INSURANCE
PO BOX 85307
SAN DIEGO, CA 92186-5307


MARK S. HEMSTREET
11707 NE AIRPORT WAY
PORTLAND, OR 97220


POSITIVE TECHNOLOGIES
4329 NE KILLINGSWORTH STE A
PORTLAND, OR 97218


RIALTO CAPITAL ADVISORS
200 S. BISCAYNE BL, STE
MIAMI, FL 33131


SCEPTRE HOSPITALITY RESOURCES
PO BOX 4356 DEPT 1936
HOUSTON, TX 77210-4356

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

```
SHILO FRANCHISE INTERNATIONAL LLC
11707 NE AIRPORT WAY
PORTLAND, OR 97220


SHILO MANAGEMENT CORP
11707 NE AIRPORT WAY
PORTLAND, OR 97220


SKYTOUCH INTERNATIONAL
4225 E WINDROSE DRIVE
PHOENIX, AZ 85032


SOJERN INC.
18135 BURKE ST, STE 300
OMAHA, NE 68022


WORLD CINEMA INC
PO BOX 733288
DALLAS, TX 75373-3288
```

# United States Bankruptcy Court
## Western District of Washington

In re    **Shilo Inn, Idaho Falls, LLC** _____

                 Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Shilo Inn, Idaho Falls, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  2, 2020** _____

Date

/s/ Bryan T. Glover _____

**Bryan T. Glover**

Signature of Attorney or Litigant

Counsel for   **Shilo Inn, Idaho Falls, LLC** _____

**Stoel Rives LLP**

**600 University Street, Suite 3600, Seattle, WA  98101**

**Telephone 206.624.0900**

## SHILO IDAHO FALLS CORP.

## SECRETARY'S CERTIFICATE

I, Mark S. Hemstreet, am the duly elected, qualified and acting Secretary of Shilo Idaho Falls Corp., an Oregon corporation (the "Corporation"), and in such capacity, I have access to and the authority to certify the books and records of the Corporation. I hereby certify that the attached is a true and correct copy of the resolutions adopted at a special meeting of the Board of Directors of the Corporation on October 29, 2020, which resolutions have not been in any way amended, modified, revoked or rescinded since their adoption and remain in full force and effect as of the date hereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 29th day of October, 2020.

_____
Mark S. Hemstreet, Secretary

# UNANIMOUS RESOLUTION OF THE BOARD OF DIRECTORS

## OF SHILO IDAHO FALLS CORP.

A special meeting of the board of directors of Shilo Idaho Falls Corp., an Oregon corporation (the "Corporation") was held on October 29, 2020, at which the following resolution was duly enacted, and the same remains in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

WHEREAS, the Corporation is the manager and a member of Shilo Inn, Idaho Falls, LLC (the "Company")

WHEREAS, the Company has a loan secured by certain real property located at 780 Lindsay Blvd, Idaho Falls, Idaho 83402.

WHEREAS, the lender on the loan has a pending foreclosure sale scheduled with regards to the property and the loan.

RESOLVED, that the Corporation in its capacity as manager and as a member of the Company hereby authorizes the Company to file for bankruptcy protection under the United States Bankruptcy Code.

FURTHER RESOLVED, the Company is authorized to adopt any further resolutions and take all further necessary actions to file for bankruptcy protection.

Dated: October 29, 2020

By:     Shilo Idaho Falls Corp., an Oregon Corporation

By:     _____
        Shannon M. Hemstreet, President, Director

By:     _____
        Mark S.. Hemstreet, Secretary, Director

By:     _____
        C. Anthony Shippam, Independent Director

# UNANIMOUS RESOLUTION OF MEMBERS AND MANAGER AUTHORIZING

# CHAPTER 11 BANKRUPTCY FILING

A special meeting of the members of Shilo Inn, Idaho Falls, LLC, an Oregon limited liability company (the "Company") was held on October 29, 2020, at which the following resolutions were duly enacted, and the same remain in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

RESOLVED, that Larry Chank, or his designee ("Chank"), shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case

FURTHER RESOLVED, that as the Designated Officer, Chank is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that as the Designated Officer, Chank is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that Chank deems appropriate for the Company;

FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") shall be retained as lead bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYB as lead bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

FURTHER RESOLVED, that the law firm of Stoel Rives LLP ("SR") shall be retained as local bankruptcy counsel to the Company for purposes of assisting LNBYB with the

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

Chapter 11 bankruptcy case for the Company and assisting LNBYB with representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ SR as local bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case.

Dated: October 29, 2020

By:  _____

Mark Hemstreet
Member holding 99.9% membership interests

By:  Shilo Idaho Falls Corp., an Oregon Corporation
Manager and   Member holding 0.1% membership interests

By: *[see corporate resolution adopted by board of directors]*
Shannon M. Hemstreet, President, Director

By: *[see corporate resolution adopted by board of directors]*
Mark S.. Hemstreet, Secretary, Director

By: *[see corporate resolution adopted by board of directors]*
C. Anthony Shippam, Independent Director

2

```
JOB HSBSUMAL                          SH LO INN IDAHO FALLS, LLC                    RUN DATE 10/21/20  PAGE 0001    (GLPRTN)
STR 5SSUMAL                      SUMMARY STATEMENT OF INCOME - INCOME TAX-BASIS     RUN TIME 09:36:26
ROUNDING   1                         MONTHS ENDING  9/30/20 (UNAUDITED)
```

| | CURRENT MONTH | | | | | | | | | | YEAR-TO-DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | VARIANCE | % | PRIOR YEAR | % | | | ACTUAL | % | BUDGET | % | VARIANCE | % | PRIOR YEAR | % |
| | | | | | | | | REVENUE | | | | | | | | | |
| 70,630 | 99.0 | 0 | | 70,630 | 0.0 | 263,188 | 96.5 | X1100 | ROOMS | 454,219 | 95.5 | 0 | | 454,219 | 0.0 | 1,787,073 | 95.5 |
| 54 | 0.1 | 0 | | 54 | 0.0 | 1,413 | 0.5 | X3310 | OTHER INCOME | 1,676 | 0.4 | 0 | | 1,676 | 0.0 | 12,251 | 0.7 |
| 636 | 0.9 | 0 | | 636 | 0.0 | 8,022 | 2.9 | X3315 | RENT | 19,945 | 4.2 | 0 | | 19,945 | 0.0 | 72,197 | 3.9 |
| 71,320 | 100.0 | 0 | | 71,320 | 0.0 | 272,623 | 100.0 | | TOTAL REVENUE | 475,839 | 100.0 | 0 | | 475,839 | 0.0 | 1,871,521 | 100.0 |
| | | | | | | | | DEPARTMENTAL PROFIT | | | | | | | | | |
| 53,938 | 76.4 | 0 | | 53,938 | 0.0 | 199,695 | 75.9 | X1000 | ROOMS | 266,625 | 58.7 | 0 | | 266,625 | 0.0 | 1,264,536 | 70.8 |
| 685- | | 0 | | 685- | 0.0 | 517- | | X2000 | TELEPHONE | 4,278- | | 0 | | 4,278- | 0.0 | 4,549- | |
| 690 | 100.0 | 0 | | 690 | 0.0 | 9,435 | 100.0 | X3000 | OTHER | 21,579 | 99.8 | 0 | | 21,579 | 0.0 | 84,332 | 99.9 |
| 53,943 | 75.6 | 0 | | 53,943 | 0.0 | 208,612 | 76.5 | | TOTAL DEPARTMENTAL PROFIT | 283,926 | 59.7 | 0 | | 283,926 | 0.0 | 1,344,320 | 71.8 |
| 3,029 | 4.2 | 0 | | 3,029- | 0.0 | 10,715 | 3.9 | X4000 | SALES & MARKETING | 39,170 | 8.2 | 0 | | 39,170- | 0.0 | 64,882 | 3.5 |
| 8,196 | 11.5 | 0 | | 8,196- | 0.0 | 21,334 | 7.8 | X5000 | REPAIRS & MAINTENANCE | 111,071 | 23.3 | 0 | | 111,071- | 0.0 | 142,990 | 7.6 |
| 18,722 | 26.3 | 0 | | 18,722- | 0.0 | 19,022 | 7.0 | X6000 | ADMINISTRATION & GENERAL | 225,225 | 47.3 | 0 | | 225,225- | 0.0 | 199,248 | 10.6 |
| 5,289 | 7.4 | 0 | | 5,289- | 0.0 | 6,814 | 2.5 | X7000 | ENERGY | 49,564 | 10.4 | 0 | | 49,564- | 0.0 | 66,917 | 3.6 |
| 35,236 | 49.4 | 0 | | 35,236- | 0.0 | 57,885 | 21.2 | | TOTAL OVERHEAD EXPENSE | 425,030 | 89.3 | 0 | | 425,030- | 0.0 | 474,037 | 25.3 |
| 18,707 | 26.2 | 0 | | 18,707 | 0.0 | 150,727 | 55.3 | | GROSS OPERATING PROFIT | 141,104- | 29.7 | 0 | | 141,104- | 0.0 | 870,283 | 46.5 |
| | | | | | | | | OTHER FIXED EXPENSES | | | | | | | | | |
| 0 | | 0 | | 0 | 0.0 | 0 | | X8000 | OTHER | 0 | | 0 | | 0 | 0.0 | 2,056 | 0.1 |
| 4,920 | 6.9 | 0 | | 4,920- | 0.0 | 5,887 | 2.2 | X8200 | INSURANCE | 48,950 | 10.3 | 0 | | 48,950- | 0.0 | 43,887 | 2.3 |
| 11,025 | 15.5 | 0 | | 11,025- | 0.0 | 11,490 | 4.2 | X8300 | TAXES | 97,816 | 20.6 | 0 | | 97,816- | 0.0 | 103,408 | 5.5 |
| 0 | | 0 | | 0 | 0.0 | 0 | | 5950 | INTEREST | 0 | | 0 | | 0 | 0.0 | 4,369 | 0.2 |
| 25,624 | 35.9 | 0 | | 25,624- | 0.0 | 25,856 | 9.5 | 5951 | INTEREST - MORTGAGE | 230,620 | 48.5 | 0 | | 230,620- | 0.0 | 232,389 | 12.4 |
| 2,117 | 3.0 | 0 | | 2,117- | 0.0 | 8,837 | 3.2 | X8880 | MANAGEMENT FEE | 14,295 | 3.0 | 0 | | 14,295- | 0.0 | 65,837 | 3.5 |
| 43,687 | 61.3 | 0 | | 43,687- | 0.0 | 52,070 | 19.1 | | TOTAL OTHER EXPENSE | 391,681 | 82.3 | 0 | | 391,681- | 0.0 | 451,946 | 24.1 |
| | | | | | | | | OTHER INCOME | | | | | | | | | |
| 24,980- | 35.0 | 0 | | 24,980- | 0.0 | 98,657 | 36.2 | | TOTAL INC BEFORE DEPN/FEES/AMORT | 532,786- | 112.0 | 0 | | 532,786- | 0.0 | 418,337 | 22.4 |
| 7,195 | 10.1 | 0 | | 7,195- | 0.0 | 19,368 | 7.1 | 9300 | DEPRECIATION | 64,758 | 13.6 | 0 | | 64,758- | 0.0 | 174,308 | 9.3 |
| 32,175- | 45.1 | 0 | | 32,175- | 0.0 | 79,290 | 29.1 | | TOTAL NET INCOME (LOSS) | 597,544- | 125.6 | 0 | | 597,544- | 0.0 | 244,029 | 13.0 |
| | | | | | | | | STATISTICS | | | | | | | | | |
| 4,860 | | 0 | | 4,860 | 0 | 4,860 | | 4000A | ROOMS AVAILABLE | 44,388 | | 0 | | 44,388 | 0 | 44,226 | |
| 738 | | 0 | | 738 | 0 | 2,466 | | 4000R | ROOMS SOLD | 5,470 | | 0 | | 5,470 | 0 | 17,733 | |
| 787 | | 0 | | 787 | 0 | 2,605 | | 4000O | ROOMS OCCUPIED | 5,923 | | 0 | | 5,923 | 0 | 18,226 | |
| 15.2 | 0.0 | 0 | | 15.2 | 0.0 | 50.7 | | 4000% | PERCENTAGE OF OCCUPANCY | 12.3 | | 0 | | 12.3 | 0.0 | 40.1 | |
| 95.70 | 0.00 | 0 | | 95.70 | 0.00 | 106.73 | | 4000AR | AVERAGE DAILY RATE | 83.04 | | 0 | | 83.04 | 0.00 | 100.78 | |
| 14.53 | 0.00 | 0 | | 14.53 | 0.00 | 54.15 | | 4000RP | REVENUE PER AVAILABLE ROOM | 10.23 | | 0 | | 10.23 | 0.00 | 40.41 | |
| 21.21 | 0.00 | 0 | | 21.21 | 0.00 | 24.37 | | 4000CP | COST PER OCCUPIED ROOM | 31.67 | | 0 | | 31.67 | 0.00 | 28.67 | |

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

JOB H5SBSUMP L      SHILO INN IDAHO FALLS, LLC      RUN DATE 2/20/20   PAGE 0001    (GL PRTN)
STR 5SSUMPL      SUMMARY STATEMENT OF INCOME--INCOME TAX-BASIS      RUN TIME 12:44:38
ROUNDING-   1      MONTHS ENDING 12/31/19 (UNAUDITED)

| | | | | CURRENT MONTH | | | | | | | | | YEAR-TO-DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | VARIANCE | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | VARIANCE | % | PRIOR YEAR | % |
| | | | | | | | | **REVENUE** | | | | | | | | |
| 57,773 | 87 | 0 | | 57,773 | 0 | 91,918 | 90.6 | X1100 ROOMS | 1,986,544 | 94.7 | 0 | | 1,986,544 | 0 | 2,447,879 | 95.7 |
| 646 | 1 | 0 | | 646 | 0 | 1,474 | 1.5 | X3310 OTHER INCOME | 14,608 | 0.7 | 0 | | 14,608 | 0 | 19,665 | 0.8 |
| 8,000 | 12 | 0 | | 8,000 | 0 | 8,032 | 7.9 | X3315 RENT | 96,307 | 4.6 | 0 | | 96,307 | 0 | 90,212 | 3.5 |
| 66,419 | 100 | 0 | | 66,419 | 0 | 101,424 | 100 | TOTAL REVENUE | 2,097,459 | 100 | 0 | | 2,097,459 | 0 | 2,557,757 | 100 |
| | | | | | | | | **DEPARTMENTAL PROFIT** | | | | | | | | |
| 18,185 | 31.5 | 0 | | 18,185 | 0 | -23,039 | 25.1 | X1000 ROOMS | 1,342,367 | 67.6 | 0 | | 1,342,367 | 0 | 1,704,459 | 69.6 |
| -500 | | 0 | | -500 | 0 | -953 | | X2000 TELEPHONE | -5,622 | | 0 | | -5,622 | 0 | -7,304 | |
| 8,646 | 100 | 0 | | 8,646 | 0 | 9,470 | 99.6 | X3000 OTHER | 110,799 | 99.9 | 0 | | 110,799 | 0 | 109,540 | 99.7 |
| 26,332 | 39.6 | 0 | | 26,332 | 0 | -14,522 | 14.3 | TOTAL DEPARTMENTAL PROFIT | 1,447,545 | 69 | 0 | | 1,447,545 | 0 | 1,806,695 | 70.6 |
| 7,004 | 10.5 | 0 | | -7,004 | 0 | 7,612 | 7.5 | X4000 SALES & MARKETING | 82,053 | 3.9 | 0 | | -82,053 | 0 | 128,936 | 5 |
| 14,768 | 22.2 | 0 | | -14,768 | 0 | 152,593 | 150.5 | X5000 REPAIRS & MAINTENANCE | 196,441 | 9.4 | 0 | | -196,441 | 0 | 344,541 | 13.5 |
| 13,730 | 20.7 | 0 | | -13,730 | 0 | 10,137 | 10 | X6000 ADMINISTRATION & GENERAL | 239,722 | 11.4 | 0 | | -239,722 | 0 | 207,088 | 8.1 |
| 8,621 | 13 | 0 | | -8,621 | 0 | 9,913 | 9.8 | X7000 ENERGY | 94,166 | 4.5 | 0 | | -94,166 | 0 | 102,914 | 4 |
| 44,123 | 66.4 | 0 | | -44,123 | 0 | 180,255 | 177.7 | TOTAL OVERHEAD EXPENSE | 612,382 | 29.2 | 0 | | -612,382 | 0 | 783,479 | 30.6 |
| -17,791 | 26.8 | 0 | | -17,791 | 0 | -194,777 | 192 | GROSS OPERATING PROFIT | 835,162 | 39.8 | 0 | | 835,162 | 0 | 1,023,216 | 40 |
| | | | | | | | | **OTHER FIXED EXPENSES** | | | | | | | | |
| 0 | | 0 | | 0 | 0 | 0 | | X8000 OTHER | 2,056 | 0.1 | 0 | | -2,056 | 0 | 0 | |
| 5,887 | 8.9 | 0 | | -5,887 | 0 | 4,371 | 4.3 | X8200 INSURANCE | 61,549 | 2.9 | 0 | | -61,549 | 0 | 48,769 | 1.9 |
| 7,724 | 11.6 | 0 | | -7,724 | 0 | 50,123 | 49.4 | X8300 TAXES | 130,345 | 6.2 | 0 | | -130,345 | 0 | 156,973 | 6.1 |
| 0 | | 0 | | 0 | 0 | 0 | | 5950 INTEREST | 4,369 | 0.2 | 0 | | -4,369 | 0 | -212 | |
| 25,624 | 38.6 | 0 | | -25,624 | 0 | 26,090 | 25.7 | 5951 INTEREST - MORTGAGE | 309,262 | 14.7 | 0 | | -309,262 | 0 | 310,039 | 12.1 |
| 1,996 | 3 | 0 | | -1,996 | 0 | 2,798 | 2.8 | X8880 MANAGEMENT FEE | 72,715 | 3.5 | 0 | | -72,715 | 0 | 73,893 | 2.9 |
| 72,581 | 47.7 | 0 | | -72,581 | 0 | 68,735 | 43.8 | TOTAL OTHER EXPENSE | 878,414 | 28.6 | 0 | | -878,414 | 0 | 864,754 | 21.9 |
| | | | | | | | | **OTHER INCOME** | | | | | | | | |
| -47,836 | 31.4 | 0 | | -47,836 | 0 | -369,576 | 235.4 | TOTAL INC BEFORE DEPN/FEES/AMOR | 326,174 | 10.6 | 0 | | 326,174 | 0 | 613,699 | 15.6 |
| 11,528 | 7.6 | 0 | | -11,528 | 0 | 6,435 | 4.1 | 9300 DEPRECIATION | 138,335 | 4.5 | 0 | | -138,335 | 0 | 117,753 | 3 |
| 0 | | 0 | | 0 | 0 | 19,417 | 12.4 | 9500 LOAN FEE AMORTIZATION | 0 | | 0 | | 0 | 0 | 19,417 | 0.5 |
| -59,364 | 39 | 0 | | -59,364 | 0 | -395,428 | 251.8 | TOTAL NET INCOME/(LOSS) | 187,839 | 6.1 | 0 | | 187,839 | 0 | 476,529 | 12.1 |
| | | | | | | | | **STATISTICS** | | | | | | | | |
| 4,681 | | 0 | | 4,681 | 0 | 4,712 | | 4000A ROOMS AVAILABLE | 55,138 | | 0 | | 55,138 | 0 | 55,480 | |
| 1,887 | | 0 | | 1,887 | 0 | 1,627 | | 4000R ROOMS SOLD | 25,305 | | 0 | | 25,305 | 0 | 31,968 | |
| 1,891 | | 0 | | 1,891 | 0 | 1,637 | | 4000O ROOMS OCCUPIED | 25,506 | | 0 | | 25,506 | 0 | 32,173 | |
| 40.3 | | 0 | | 40.3 | 0 | 34.5 | | 4000% PERCENTAGE OF OCCUPANCY | 45.9 | | 0 | | 45.9 | 0 | 57.6 | |
| 79.98 | | 0.00 | | 79.98 | 0.00 | 94.09 | | 4000AR AVERAGE DAILY RATE | 119.73 | | 0.00 | | 119.73 | 0.00 | 121.79 | |
| 32.24 | | 0.00 | | 32.24 | 0.00 | 32.49 | | 4000RP REVENUE PER AVAILABLE ROOM | 54.95 | | 0.00 | | 54.95 | 0.00 | 70.18 | |

**SHILO INN IDAHO FALLS, LLC**
BOOK VALUE (INCOME TAX-BASIS) AND MARKET VALUE BALANCE SHEET
PERIOD ENDING 12/31/19 (UNAUDITED)

| ASSETS | BOOK VALUE | MARKET VALUE |
|---|---|---|
| CURRENT ASSETS | | |
| TOTAL CASH | 33,771 | 33,771 |
| PREPAID EXPENSES | 4,579 | 4,579 |
| DEBT SERVICE RESERVE | 225,241 | 225,241 |
| ACCOUNTS RECEIVABLE | 12,335 | 12,335 |
| TOTAL CURRENT ASSETS | 275,925 | 275,925 |
| | | |
| FIXED ASSETS | | |
| LAND | 900,656 | |
| LAND IMPROVEMENTS | 497,361 | |
| BUILDING | 7,281,236 | |
| FURNITURE | 700,632 | |
| FIXTURES & EQUIPMENT | 2,519,716 | |
| RESTAURANT EQUIPMENT | 165,509 | |
| SIGNS | 165,021 | |
| REORGANIZATION COSTS | 269,763 | |
| TOTAL GROSS FIXED ASSETS | 12,499,894 | |
| | | |
| ACCUMULATED DEPR & AMORT | (10,029,703) | |
| NET FIXED ASSETS | 2,470,191 | 16,000,000 |
| | | |
| OTHER ASSETS | | |
| LOAN FEES | 135,169 | 135,169 |
| LINENS | 47,418 | 47,418 |
| FRANCHISE DEPOSIT | 14,580 | 14,580 |
| OTHER DEPOSITS / OTHER ASSETS | 1,785 | 1,785 |
| SUSPENSE | 4,774 | 4,774 |
| TOTAL OTHER ASSETS | 203,726 | 203,726 |
| | | |
| **TOTAL ASSETS** | **$ 2,949,842** | **$ 16,479,651** |

| LIABILITIES AND EQUITY | | |
|---|---|---|
| CURRENT LIABILITIES | | |
| TRADE PAYABLE | 214,288 | 214,288 |
| TOTAL ACCRUED EXPENSES | 125,722 | 125,722 |
| TOTAL CURRENT LIABILITIES | 340,010 | 340,010 |
| | | |
| L-T LIABILITIES | | |
| N/P-MORTGAGE | 5,007,695 | 5,007,695 |
| TOTAL L-T LIABILITIES | 5,007,695 | 5,007,695 |
| | | |
| OTHER LIABILITIES | | |
| RELATED PARTY PAYABLE | 26,397 | 26,397 |
| OTHER LIABILITIES | 44,031 | 44,031 |
| TOTAL OTHER LIABILITIES | 70,428 | 70,428 |
| | | |
| TOTAL EQUITY | (2,468,291) | 11,061,518 |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | **$ 2,949,842** | **$ 16,479,651** |

**NOTES** (Substantially all disclosures omitted):
    Internally prepared and not subjected to a compilation, review or audit; no assurance is provided.
    This information is provided for discussion purposes only and is not presented in compliance with GAAP.
    Yearend entries are not complete and are not expected to be material.

**SHILO INN IDAHO FALLS, LLC**
BOOK VALUE (INCOME TAX-BASIS) AND MARKET VALUE BALANCE SHEET
PERIOD ENDING 9/30/20 (UNAUDITED)

| ASSETS | BOOK VALUE | MARKET VALUE |
|---|---|---|
| CURRENT ASSETS | | |
| TOTAL CASH | 12,770 | 12,770 |
| PREPAID EXPENSES | 47,079 | 47,079 |
| ACCOUNTS RECEIVABLE | 17,039 | 17,039 |
| TOTAL CURRENT ASSETS | 76,887 | 76,887 |
| | | |
| FIXED ASSETS | | |
| LAND | 900,656 | |
| LAND IMPROVEMENTS | 497,361 | |
| BUILDING | 7,352,970 | |
| FURNITURE | 700,632 | |
| FIXTURES & EQUIPMENT | 2,523,795 | |
| RESTAURANT EQUIPMENT | 165,509 | |
| SIGNS | 165,021 | |
| REORGANIZATION COSTS | 269,763 | |
| TOTAL GROSS FIXED ASSETS | 12,575,706 | |
| | | |
| ACCUMULATED DEPR & AMORT | (10,094,461) | |
| NET FIXED ASSETS | 2,481,245 | 16,000,000 |
| | | |
| OTHER ASSETS | | |
| LOAN FEES | 135,169 | 135,169 |
| LINENS | 47,418 | 47,418 |
| FRANCHISE DEPOSIT | 14,580 | 14,580 |
| OTHER DEPOSITS / OTHER ASSETS | 1,785 | 1,785 |
| SUSPENSE | 4,774 | 4,774 |
| TOTAL OTHER ASSETS | 203,726 | 203,726 |
| | | |
| **TOTAL ASSETS** | **$ 2,761,858** | **$ 16,280,614** |
| | | |
| **LIABILITIES AND EQUITY** | | |
| | | |
| CURRENT LIABILITIES | | |
| TRADE PAYABLE | 265,014 | 265,014 |
| TOTAL ACCRUED EXPENSES | 127,804 | 127,804 |
| TOTAL CURRENT LIABILITIES | 392,819 | 392,819 |
| | | |
| L-T LIABILITIES | | |
| N/P - EIDL | 81,200 | 81,200 |
| N/P - MORTGAGE | 4,954,533 | 4,954,533 |
| TOTAL L-T LIABILITIES | 5,035,733 | 5,035,733 |
| | | |
| OTHER LIABILITIES | | |
| OTHER LIABILITIES | 104,977 | 104,977 |
| TOTAL OTHER LIABILITIES | 104,977 | 104,977 |
| | | |
| TOTAL EQUITY | (2,771,670) | 10,747,085 |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | **$ 2,761,858** | **$ 16,280,614** |

**NOTES** (Substantially all disclosures omitted):
Internally prepared and not subjected to a compilation, review or audit; no assurance is provided.
This information is provided for discussion purposes only and is not presented in compliance with GAAP.
Yearend entries are not complete and are not expected to be material.

CONFIDENTIAL

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

Form **1065**

### U.S. Return of Partnership Income

For calendar year 2019, or tax year beginning _____, 2019,
ending _____, 20 _____.

► Go to *www.irs.gov/Form1065* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2019**

| | |
|---|---|
| **A** Principal business activity<br>MOTEL | **D** Employer identification no.<br>82-0494815 |
| **B** Principal product or service<br>LODGING | **E** Date business started<br>10/01/1996 |

Type or Print

SHILO INN - IDAHO FALLS, LLC
11707 NE AIRPORT WAY
PORTLAND, OR 97220

**C** Business code number

721110

**F** Total assets (see instructions)

$ 2,881,313.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ► _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► _____ 2

**J** Check if Schedules C and M-3 are attached ................................................................................. ► ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---:|
| **I N C O M E** | **1a** | Gross receipts or sales ............................................... | **1a** | 2,097,360. | |
| | **b** | Returns and allowances ............................................. | **1b** | | |
| | **c** | Balance. Subtract line 1b from line 1a ...................................................................... | **1c** | | 2,097,360. |
| | **2** | Cost of goods sold (attach Form 1125-A) .................................................................... | **2** | | |
| | **3** | Gross profit. Subtract line 2 from line 1c .................................................................... | **3** | | 2,097,360. |
| | **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) ............. | **4** | | |
| | **5** | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) .................................... | **5** | | |
| | **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) .................................... | **6** | | |
| | **7** | Other income (loss) (attach statement) ...................................................................... | **7** | | |
| | **8** | **Total income (loss).** Combine lines 3 through 7 .......................................................... | **8** | | 2,097,360. |

| | | | | | |
|---|---|---|---|---|---:|
| **D E D U C T I O N S** (SEE INSTRS FOR LIMITATIONS) | **9** | Salaries and wages (other than to partners) (less employment credits) ................................ | **9** | | 665,604. |
| | **10** | Guaranteed payments to partners ............................................................................. | **10** | | |
| | **11** | Repairs and maintenance ...................................................................................... | **11** | | 317,865. |
| | **12** | Bad debts ......................................................................................................... | **12** | | |
| | **13** | Rent .............................................................................................................. | **13** | | 6,699. |
| | **14** | Taxes and licenses ...................................................... SEE STATEMENT 1 | **14** | | 189,988. |
| | **15** | Interest (see instructions) ..................................................................................... | **15** | | 304,590. |
| | **16a** | Depreciation (if required, attach Form 4562) ................ | **16a** | 90,877. | |
| | **b** | Less depreciation reported on Form 1125-A and elsewhere on return ... | **16b** | | |
| | | | **16c** | | 90,877. |
| | **17** | Depletion **(Do not deduct oil and gas depletion.)** ........................................................ | **17** | | |
| | **18** | Retirement plans, etc. .......................................................................................... | **18** | | |
| | **19** | Employee benefit programs .................................................................................... | **19** | | 69. |
| | **20** | Other deductions (att stmt) ............................................. SEE STATEMENT 2 | **20** | | 751,283. |
| | **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 ......... | **21** | | 2,326,975. |
| | **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 ........................................ | **22** | | -229,615. |

| | | | | | |
|---|---|---|---|---|---:|
| **T A X A N D P A Y M E N T** | **23** | Interest due under the look-back method — completed long-term contracts (attach Form 8697) ...... | **23** | | |
| | **24** | Interest due under the look-back method — income forecast method (attach Form 8866) ............. | **24** | | |
| | **25** | BBA AAR imputed underpayment (see instructions) ........................................................ | **25** | | |
| | **26** | Other taxes (see instructions) ................................................................................. | **26** | | |
| | **27** | **Total balance due.** Add lines 23 through 26 .............................................................. | **27** | | |
| | **28** | Payment (see instructions) .................................................................................... | **28** | | |
| | **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed .................................. | **29** | | |
| | **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment .................................... | **30** | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____
Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>CHRISTOPHER CAMPBELL, CPA | Preparer's signature<br>CHRISTOPHER CAMPBELL, CPA | Date<br>9-10-2020 | Check ☐ if self-employed | PTIN<br>P01665658 |
| Firm's name ► TASKAR, KIBBEE & ASSOCIATES, PC | | | Firm's EIN ► 47-5355616 | |
| Firm's address ► 4900 SW GRIFFITH DR., STE 269<br>BEAVERTON, OR 97005-2977 | | | Phone no. (503) 644-7933 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** PTPA0105 10/02/19 Form **1065** (2019)

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

Form 1065 (2019) SHILO INN - IDAHO FALLS, LLC      82-0494815    Page **2**

| Schedule B | Other Information | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** What type of entity is filing this return? Check the applicable box: | | | |

  **a** ☐ Domestic general partnership     **b** ☐ Domestic limited partnership

  **c** ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership

  **e** ☐ Foreign partnership     **f** ☐ Other ▶

| | Yes | No |
|---|---|---|
| **2** At the end of the tax year: | | |
| **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **3** At the end of the tax year, did the partnership: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DO NOT MAIL

| | Yes | No |
|---|---|---|
| **4** Does the partnership satisfy **all four** of the following conditions? | | |
| **a** The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** The partnership is not filing and is not required to file Schedule M-3. . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** Is this partnership a publicly traded partnership as defined in section 469(k)(2)?. . . . . . . . . . . . . . . . . . . | | X |
| **6** During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country.   ▶ . . . . . . . . . . . . . . . . | | X |
| **9** At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . | | X |
| **10a** Is the partnership making, or had it previously made (and not revoked), a section 754 election?. . . . . . . . . . . . . | | X |
| See instructions for details regarding a section 754 election. | | |
| **b** Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . | | X |

**BAA**            PTPA0112 10/02/19            Form **1065** (2019)

Form 1065 (2019)  SHILO INN - IDAHO FALLS, LLC                    82-0494815          Page **3**

| **Schedule B** | **Other Information** (continued) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **c** Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| **11** Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ............................................................................. ▶ ☐ | | | |
| **12** At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? .................................................................................................. | | | X |
| **13** If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions      ▶ | | | |
| **14** Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.   ▶ | | | X |
| **15** Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ...................................................................................................... ▶ | | | |
| **16 a** Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions ....................... | | X | |
| **b** If "Yes," did you or will you file required Form(s) 1099? ........................................................ | | X | |
| **17** Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return .................................................................................... ▶ | | | |
| **18** Enter the number of partners that are foreign governments under section 892. ▶ 0 | | | |
| **19** During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ....................... | | | X |
| **20** Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 ..................................................................................................... | | | X |
| **21** Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? ..................... | | | X |
| **22** During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions. ▶ $ | | | |
| **23** Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ...................................................................... | | X | |
| **24** Does the partnership satisfy one or more of the following? See instructions ............................................ | | | X |
| **a** The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| **b** The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | | |
| **c** The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | | |
| If "Yes" to any, complete and attach Form 8990. | | | |
| **25** Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ................................................................................................. ▶ | | | X |
| If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR  ▶ MARK S. HEMSTREET

| U.S. address of PR   ▶ 11707 NE AIRPORT WAY PORTLAND, OR 97220 | U.S. phone number of PR   ▶ (503) 644-7933 |
|---|---|

If the PR is an entity, name of the designated individual for the PR         ▶

| U.S. address of designated individual   ▶ | U.S. phone number of designated individual   ▶ |
|---|---|

| **26** Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ............................................ | | | X |
|---|---|---|---|
| If "Yes," enter the amount from Form 8996, line 14 ......................................... ▶ $ | | | |
| **27** Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership .................................... ▶ | | | |
| **28** At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? ............................................................. | | | X |

BAA                              PTPA0112 10/02/19                              Form **1065** (2019)

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22)................................. | **1** | -229,615. |
| | **2** Net rental real estate income (loss) (attach Form 8825)........................ | **2** | |
| | **3a** Other gross rental income (loss)........................... | **3a** | | |
| | **b** Expenses from other rental activities (attach stmt)............... | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a.......... | **3c** | |
| | **4** Guaranteed payments: **a** Services | **4a** | **b** Capital | **4b** | | |
| | **c** Total. Add lines 4a and 4b........................................ | **4c** | |
| | **5** Interest income............................................. | **5** | 82. |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends | **6b** | | **c** Dividend equivalents | **6c** | | |
| | **7** Royalties.................................................. | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065))......... | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065))........ | **9a** | |
| | **b** Collectibles (28%) gain (loss)........................ | **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement)............ | **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797)............................ | **10** | |
| | **11** Other income (loss) (see instructions)     Type ► | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562)............................... | **12** | |
| | **13a** Contributions............................................. | **13a** | |
| | **b** Investment interest expense.................................. | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ► _____ **(2)** Amount ► | **13c(2)** | |
| | **d** Other deductions (see instructions)  Type ► _____ SEE STATEMENT 3 | **13d** | 32. |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment................................ | **14a** | -229,647. |
| | **b** Gross farming or fishing income............................... | **14b** | |
| | **c** Gross nonfarm income...................................... | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5))............................ | **15a** | |
| | **b** Low-income housing credit (other).............................. | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions)  Type ► | **15d** | |
| | **e** Other rental credits (see instructions)........  Type ► | **15e** | |
| | **f** Other credits (see instructions)..........  Type ► | **15f** | |
| **Foreign Trans-actions** | **16a** Name of country or U.S. possession ► _____ | | |
| | **b** Gross income from all sources............................... | **16b** | |
| | **c** Gross income sourced at partner level.......................... | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Reserved for future use ► _____ **e** Foreign branch category ► _____ | **16e** | |
| | **f** Passive category ► _____ **g** General category ► _____ **h** Other (att. stmt.) ► | **16h** | |
| | Deductions allocated and apportioned at partner level | | |
| | **i** Interest expense ► _____ **j** Other........................ ► | **16j** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **k** Reserved for future use ► _____ **l** Foreign branch category ► | **16l** | |
| | **m** Passive category ► _____ **n** General category ► _____ **o** Other (att. stmt.) ► | **16o** | |
| | **p** Total foreign taxes (check one): ► Paid ☐  Accrued ☐ | **16p** | |
| | **q** Reduction in taxes available for credit (attach statement)................. | **16q** | |
| | **r** Other foreign tax information (attach statement)...................... | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment................................ | **17a** | -558,409. |
| | **b** Adjusted gain or loss....................................... | **17b** | |
| | **c** Depletion (other than oil and gas)............................... | **17c** | |
| | **d** Oil, gas, and geothermal properties — gross income.................... | **17d** | |
| | **e** Oil, gas, and geothermal properties — deductions..................... | **17e** | |
| | **f** Other AMT items (attach stmt)................................ | **17f** | |
| **Other Infor-mation** | **18a** Tax-exempt interest income................................... | **18a** | |
| | **b** Other tax-exempt income.................................... | **18b** | |
| | **c** Nondeductible expenses..................... SEE STATEMENT 4 | **18c** | 65,008. |
| | **19a** Distributions of cash and marketable securities...................... | **19a** | 353,982. |
| | **b** Distributions of other property................................ | **19b** | |
| | **20a** Investment income......................................... | **20a** | 82. |
| | **b** Investment expenses....................................... | **20b** | |
| | **c** Other items and amounts (attach stmt) | | |

DO NOT MAIL

**BAA**                                   PTPA0134  10/02/19                              Form **1065** (2019)

DocuSign Envelope ID: E85EEF7D-AB96-4185-B3A7-3EF18DE7EC70

Form 1065 (2019)    SHILO INN - IDAHO FALLS, LLC      82-0494815     Page **5**

## Analysis of Net Income (Loss)

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | 1 | -229,565. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | -229,565. | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 102,689. | | 9,544. |
| 2a | Trade notes and accounts receivable | 13,961. | | 12,690. | |
| b | Less allowance for bad debts | | 13,961. | | 12,690. |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach stmt) SEE ST 5 | | 300,810. | | 77,690. |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach stmt) | | | | |
| 9a | Buildings and other depreciable assets | 11,392,164. | | 11,407,464. | |
| b | Less accumulated depreciation | 9,754,491. | 1,637,673. | 9,845,400. | 1,562,064. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 900,656. | | 900,656. |
| 12a | Intangible assets (amortizable only) | 135,169. | | 135,169. | |
| b | Less accumulated amortization | 42,804. | 92,365. | 56,321. | 78,848. |
| 13 | Other assets (attach stmt) SEE ST 6 | | 304,593. | | 239,821. |
| 14 | Total assets | | 3,352,747. | | 2,881,313. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 271,839. | | 583,227. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach stmt) SEE ST 7 | | 552,953. | | 481,093. |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 5,016,940. | | 4,954,533. |
| 20 | Other liabilities (attach stmt) | | | | |
| 21 | Partners' capital accounts | | -2,488,985. | | -3,137,540. |
| 22 | Total liabilities and capital | | 3,352,747. | | 2,881,313. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -294,573. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ | | | | |
| | STATEMENT 8    65,008. | 65,008. | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -229,565. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -229,565. |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -2,488,985. | 6 | Distributions: a Cash | 353,982. |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | -294,573. | | | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 | 353,982. |
| 5 | Add lines 1 through 4 | -2,783,558. | 9 | Balance at end of year. Subtract line 8 from line 5 | -3,137,540. |

BAA      PTPA0134   10/02/19      Form **1065** (2019)

1

2

3

4

5

6

7

8    UNITED STATES BANKRUPTCY COURT
9    WESTERN DISTRICT OF WASHINGTON
     AT TACOMA

10   In re:                                    Case No. 20-_____

11   SHILO INN, IDAHO FALLS, LLC,              Declaration of Mark S. Hemstreet
                                               Regarding Small Business Debtor
12          Debtor and Debtor-in-Possession,   Compliance

13

14          I, Mark S. Hemstreet, hereby declare as follows:

15          1.      I am over 18 years of age.  I have personal knowledge of the facts set forth below

16   and, if called to testify, would and could competently testify thereto.

17          2.      I am the founder of the Shilo Inn Suites Hotel chain, which I founded in 1974.  I

18   have over 46 years of business experience in the hotel management and hospitality industry. I

19   started my education in the hospitality industry when I was 16 years old, managing a motel during

20   the summer of 1966. After graduating from Beaverton High School in 1968 and then putting

21   myself through two years of College at Portland State University, I decided that I wanted to devote

22   myself fulltime to learning all aspects of the construction, development, hotel, and hospitality

23   business and started working fulltime with my father until I branched out on my own to start my

24   independent Shilo Inn hospitality company, in 1974.

25          3.      I own 99% of the membership interests in Shilo Inn, Idaho Falls, LLC the "<u>Debtor</u>")

26   the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case.

DECLARATION OF MARK S. HEMSTREET REGARDING          STOEL RIVES LLP
SMALL BUSINESS DEBTOR COMPLIANCE- 1                     ATTORNEYS
                                             600 University Street, Suite 3600, Seattle, WA  98101
                                                     Telephone 206.624.0900
103715353.1 0070625-00002

1      4.     Attached to the Debtor's voluntary chapter 11 bankruptcy petition are its most

2  recent balance sheet, statement of operations, and federal tax return.

3      5.     The Debtor does not generate, keep, maintain, or have a cash flow statement.

4      I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct to the best of my knowledge.

6      Executed on this 2nd day of November 2020, in the United States of America.



MARK S. HEMSTREET

DECLARATION OF MARK S. HEMSTREET REGARDING
SMALL BUSINESS DEBTOR COMPLIANCE- 2

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

103715353.1 0070625-00002

Case 20-42489-BDL   Doc 1   Filed 11/02/20   Ent. 11/02/20 11:47:48   Pg. 29 of 29